| | |
|---|---|
| 1 | Josephine E. Salmon (SBN 020630)<br>jsalmon@aldridgepite.com |
| 2 | Janet M. Spears (SBN 023833)<br>jspears@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP**<br>3333 Camino del Rio South |
| 4 | Suite 225<br>San Diego CA 92108 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for Movant<br>The Huntington National Bank |

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| CORNELL D CLARK, SR., | Case No. 2:23-bk-08515-DPC |
| Debtor. | |
| THE HUNTINGTON NATIONAL BANK, | **NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Movant, | |
| vs. | **PROPERTY**: |
| CORNELL D CLARK, SR., Debtor; and EDWARD J. MANEY, Chapter 13 Trustee, | 10118 Olivet Ave, Cleveland, OH 44108 |
| Respondents. | |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that The Huntington National Bank ("Movant"), by and through its undersigned counsel, filed its Motion for Relief from Automatic Stay ("Motion") on October 1, 2024, wherein it seeks entry of an order terminating the automatic stay of 11 U.S.C § 362(a) as it applies to Movant (and any successors or assigns) and the real property located at 10118 Olivet Ave, Cleveland, OH 44108.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rules 4001-1 and 9013-1, within fourteen (14) days from the date of service of this Notice, any party

opposing the Motion must serve a written opposition on Movant and file same with the above-captioned court at the following address:

United States Bankruptcy Court
District of Arizona - Phoenix Division
230 N. First Ave, Suite 101
Phoenix, AZ 85003

**PLEASE TAKE FURTHER NOTICE** that, if no timely opposition is filed and served within fourteen (14) days from the date of service of this Notice, the relief requested in the Motion may be granted without further notice or a hearing.

**DATED** this 1st day of October 2024.

**ALDRIDGE PITE, LLP**

/s/ Josephine E. Salmon
JOSEPHINE E. SALMON
Attorneys for Movant The Huntington National Bank